# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Josue Matamoros-Galvez**<br><br>Citizen of Honduras | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>No. **18-15067M-SD**<br><br>Bruce Yancey (CJA)<br>Attorney for Defendant |

YOB: 1996          ICE# A206201802

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/29/2018 to Count 1 of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1325(a)(1), Illegal Entry, a Class B Misdemeanor offense, as charged in Count 1 of the Complaint.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **NINETY (90) DAYS**, with credit for time served.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** NONE     **RESTITUTION:** NONE

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, January 29, 2018**

Dated this 29th day of January, 2018.

Honorable James F. Metcalf
United States Magistrate Judge

Case 5:18-po-15067-JFM   Document 4   Filed 01/29/18   PageID.6   Page 2 of 2

18-15067M-SD                                                                    Page 2 of 2
USA vs. Josue Matamoros-Galvez

**RETURN**

I have executed this Judgment as follows: _____

defendant delivered on _____ to _____ at _____ , the institution designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____                By:    _____
United States Marshal                                  Deputy Marshal

18-15067M-SD - Matamoros-Galvez       1/29/2018 - 10:47 AM